1104

No. 81–1008. BURLINGTON NORTHERN INC. ET AL. *v.* UNITED STATES ET AL. C. A. D. C. Cir. [Certiorari granted, 455 U. S. 988.] Motion of the Solicitor General for divided argument granted.

No. 81–1320. KOLENDER, CHIEF OF POLICE OF SAN DIEGO, ET AL. *v.* LAWSON. C. A. 9th Cir. [Probable jurisdiction noted, 455 U. S. 999.] Motion of Wayne County Prosecutor for leave to participate in oral argument as *amicus curiae* and for additional time for oral argument denied.

No. 81–1972. PORCHER, CLAIMS ADJUDICATOR, SOUTH CAROLINA EMPLOYMENT SECURITY COMMISSION, ET AL. *v.* BROWN ET AL. C. A. 4th Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 81–6368. IN RE LUCAS. Petition for writ of mandamus denied.

No. 81–1617. UNITED STATES *v.* PLACE. C. A. 2d Cir. Certiorari granted.

No. 81–1748. UNITED STATES *v.* MITCHELL ET AL. Ct. Cl. Certiorari granted.

No. 81–1350. UNITED STATES *v.* VILLAMONTE-MARQUEZ ET AL. C. A. 5th Cir. Motion of respondents for leave to proceed *in forma pauperis* and certiorari granted.

No. 81–1794. JONES, SUPERINTENDENT, GREAT MEADOW CORRECTIONAL FACILITY, ET AL. *v.* BARNES. C. A. 2d Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.